| | |
|---|---|
| **Transfer of Jurisdiction** | Case Number (Trans. Court)<br>5:02-CR-064-H(01) |
| | Case Number (Rec. Court)<br>0:21-CR-165-1 |

| Name Of Probationer/Supervised Releasee | District | Division |
|---|---|---|
| **Rickie James King** | Northern District of Texas | Lubbock |
| | Name of Sentencing Judge<br>Sam R Cummings, Senior U.S. District Judge (Case reassigned to U.S. District Judge James Wesley Hendrix on August 9, 2019.) | |
| | Dates Of Probation/Supervised Release | From<br>March 24, 2020 | To<br>September 23, 2023 |

Offense

Possession With Intent to Distribute More Than 500 Grams of a Mixture and Substance Containing a Detectable Amount of Methamphetamine and Aiding and Abetting 21 U.S.C. § 841(a)(1) & (b)(1)(A)(viii) and 18 U.S.C. § 2

### PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **Northern District of Texas**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the District of Minnesota, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/26/2021
**Date**

_[signature]_
**U.S. District Judge**

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **District of Minnesota**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 27, 2021
**Effective Date**

s/ Eric C. Tostrud
**U.S. District Judge**